# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

| | |
|---|---|
| In re: MASELLI, RAYMOND<br>MASELLI, REBECCA<br><br>Debtor(s) | § Case No. 11-85354<br>§<br>§<br>§ |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 15, 2011. The undersigned trustee was appointed on December 16, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $      39,455.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 2,562.00 |
| Bank service fees | 402.93 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 2,777.93 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 33,712.14 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims of this case was 04/24/2012 and the deadline for filing governmental claims was 06/12/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,417.71. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,417.71, for a total compensation of $4,417.71.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $8.90, for total expenses of $8.90.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/06/2013      By: /s/ MEGAN G. HEEG
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-85354  
**Case Name:** MASELLI, RAYMOND  
MASELLI, REBECCA  
**Period Ending:** 02/06/13

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 12/15/11 (f)  
**§341(a) Meeting Date:** 01/20/12  
**Claims Bar Date:** 04/24/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 9014 Sherringham Drive Roscoe, IL<br>Orig. Asset Memo: Orig. Description: 9014 Sherringham Drive Roscoe, IL | 275,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Chase bank - checking<br>Chase bank - checking (bal of 120.94 on date filed) | 20.00 | 0.00 | DA | 0.00 | FA |
| 3 | Normal complement of household goods<br>Orig. Asset Memo: Orig. Description: Normal complement of household goods | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Collection of Swarovski Crystal<br>Collection of Swarovski Crystal (debtor claims a $500. exemption) | 8,000.00 | 2,300.00 | | 2,800.00 | FA |
| 5 | Normal complment of wearing apparel<br>Orig. Asset Memo: Orig. Description: Normal complment of wearing apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Ring and Bracelet, and Watch<br>Orig. Asset Memo: Orig. Description: Ring and Bracelet, and Watch | 5,000.00 | 4,800.00 | | 4,800.00 | FA |
| 7 | Mutual of New York - term insurance (spouse is b<br>Mutual of New York - term insurance (spouse is beneficiary) | 1.00 | 0.00 | DA | 0.00 | FA |
| 8 | Mutual of New York - Variable Life, subject to l<br>Mutual of New York - Variable Life, subject to loans (spouse is beneficiary) | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Fidelity - IRA<br>Orig. Asset Memo: Orig. Description: Fidelity - IRA | 42.86 | 0.00 | DA | 0.00 | FA |
| 10 | Prudential - IRA<br>Orig. Asset Memo: Orig. Description: Prudential - IRA | 20.00 | 0.00 | DA | 0.00 | FA |
| 11 | $50,000 shareholder loans from Unique Yarns. Bus<br>Orig. Asset Memo: Orig. Description: $50,000 shareholder loans from Unique Yarns. Business is no longer operating and loan is uncollectable. | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2004 Saturn Vue (116,000 miles)<br>Orig. Asset Memo: Orig. Description: 2004 Saturn Vue (116,000 miles) | 4,000.00 | 0.00 | DA | 0.00 | FA |

Printed: 02/06/2013 02:46 PM    V.13.11

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 11-85354 | | Trustee: | (330490)  MEGAN G. HEEG |
|---|---|---|---|---|
| Case Name: | MASELLI, RAYMOND | | Filed (f) or Converted (c): | 12/15/11 (f) |
| | MASELLI, REBECCA | | §341(a) Meeting Date: | 01/20/12 |
| Period Ending: 02/06/13 | | | Claims Bar Date: | 04/24/12 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | 2007 Lexus ES 350<br>2007 Lexus ES 350 (debtor claims a 2,277.93 exemption) | 13,000.00 | 10,422.07 | | 12,700.00 | FA |
| 14 | Time share in Aruba<br>Orig. Asset Memo: Orig. Description: Time share in Aruba | 1.00 | 0.00 | DA | 0.00 | FA |
| 15 | BANK ACCOUNTS (u)<br>Chase checking - balance of 1.13 on date fled. | 0.00 | 0.00 | DA | 0.00 | FA |
| 16 | Misc (unscheduled) (u)<br>Amended tax returns were filed for 2008 and 2009 to recover net loss carrybacks | Unknown | 19,155.00 | | 19,155.00 | FA |
| 16 | Assets    Totals (Excluding unknown values) | $310,084.86 | $36,677.07 | | $39,455.00 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):    December 30, 2012    Current Projected Date Of Final Report (TFR):    February 6, 2013 (Actual)

Printed: 02/06/2013 02:46 PM    V.13.11

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 11-85354 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | MASELLI, RAYMOND | | Bank Name: | Rabobank, N.A. |
| | MASELLI, REBECCA | | Account: | ****121965 - Checking Account |
| Taxpayer ID #: | **-***1233 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 02/06/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 31,460.39 | | 31,460.39 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 48.25 | 31,412.14 |
| 02/05/13 | {4} | Clodius & Co. | | 1129-000 | 2,800.00 | | 34,212.14 |
| 02/05/13 | 11004 | Raymond Maselli | Debtors exempt potion of crystal Voided on 02/05/13 | 8100-002 | | 500.00 | 33,712.14 |
| 02/05/13 | 11004 | Raymond Maselli | Debtors exempt potion of crystal Voided: check issued on 02/05/13 | 8100-002 | | -500.00 | 34,212.14 |
| 02/05/13 | 11005 | Raymond and Rebecca Maselli | debtors exempt portion of crystal | 8100-002 | | 500.00 | 33,712.14 |
| | | | ACCOUNT TOTALS | | 34,260.39 | 548.25 | $33,712.14 |
| | | | Less: Bank Transfers | | 31,460.39 | 0.00 | |
| | | | Subtotal | | 2,800.00 | 548.25 | |
| | | | Less: Payments to Debtors | | | 500.00 | |
| | | | NET Receipts / Disbursements | | $2,800.00 | $48.25 | |

{} Asset reference(s)  Printed: 02/06/2013 02:46 PM  V.13.11

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 11-85354 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | MASELLI, RAYMOND | | Bank Name: | The Bank of New York Mellon |
| | MASELLI, REBECCA | | Account: | 9200-******78-65 - Checking Account |
| Taxpayer ID #: | **-***1233 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 02/06/13 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/26/12 | {13} | Action Auctioneering | sale of 2007 Lexus per court order | 1129-000 | 12,700.00 | | 12,700.00 |
| 03/29/12 | 1001 | Action Auctioneering | Net proceeds for sale of Lexus | 3620-000 | | 962.00 | 11,738.00 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,713.00 |
| 04/16/12 | 1002 | MASELLI, RAYMOND | exempt portion in 2007 Lexus ES 350 | 8100-002 | | 2,277.93 | 9,435.07 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,410.07 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,385.07 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,360.07 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,335.07 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,310.07 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,285.07 |
| 10/04/12 | {16} | United States Treasury | tax refund | 1229-000 | 3,399.00 | | 12,684.07 |
| 10/04/12 | {16} | United States Treasury | tax refund | 1229-000 | 15,756.00 | | 28,440.07 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.94 | 28,385.13 |
| 11/13/12 | {6} | Clodius & Co | purchase of jewelry | 1129-000 | 4,800.00 | | 33,185.13 |
| 11/13/12 | 1003 | Randy Tarpey, CPA | accountant fees | 3410-000 | | 1,600.00 | 31,585.13 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 62.31 | 31,522.82 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 62.43 | 31,460.39 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033049088 20130117 | 9999-000 | | 31,460.39 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 36,655.00 | 36,655.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 31,460.39 | |
| Subtotal | | 36,655.00 | 5,194.61 | |
| Less: Payments to Debtors | | | 2,277.93 | |
| NET Receipts / Disbursements | | $36,655.00 | $2,916.68 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****121965 | 2,800.00 | 48.25 | 33,712.14 |
| Checking # 9200-******78-65 | 36,655.00 | 2,916.68 | 0.00 |
| | $39,455.00 | $2,964.93 | $33,712.14 |

{} Asset reference(s)

Printed: 02/06/2013 02:46 PM    V.13.11

## Claims Proposed Distribution

### Case: 11-85354   MASELLI, RAYMOND

Report Includes ONLY Claims with a Proposed Distribution

**Case Balance:** $33,712.14    **Total Proposed Payment:** $33,712.14    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | Ehrmann Gehlbach Badger Lee & Considine, LLC <br> <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 795.17 | 795.17 | 0.00 | 795.17 | 795.17 | 32,916.97 |
|  | Ehrmann Gehlbach Badger Lee & Considine, LLC <br> <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 3,149.50 | 3,149.50 | 0.00 | 3,149.50 | 3,149.50 | 29,767.47 |
|  | MEGAN G. HEEG <br> <2200-00 Trustee Expenses> | Admin Ch. 7 | 8.90 | 8.90 | 0.00 | 8.90 | 8.90 | 29,758.57 |
|  | MEGAN G. HEEG <br> <2100-00 Trustee Compensation> | Admin Ch. 7 | 4,417.71 | 4,417.71 | 0.00 | 4,417.71 | 4,417.71 | 25,340.86 |
| 1 | Mountain Colors Yarn | Unsecured | 708.00 | 708.00 | 0.00 | 708.00 | 303.72 | 25,037.14 |
| 3 | Edgebrook Limited Partnership | Unsecured | 32,513.40 | 32,513.40 | 0.00 | 32,513.40 | 13,947.26 | 11,089.88 |
| 4 | American Express Centurion Bank | Unsecured | 17,277.01 | 17,277.01 | 0.00 | 17,277.01 | 7,411.31 | 3,678.57 |
| 5 | American Express Centurion Bank | Unsecured | 8,575.37 | 8,575.37 | 0.00 | 8,575.37 | 3,678.57 | 0.00 |
|  | **Total for Case 11-85354 :** |  | **$67,445.06** | **$67,445.06** | **$0.00** | **$67,445.06** | **$33,712.14** |  |

### CASE SUMMARY

|  | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $8,371.28 | $8,371.28 | $0.00 | $8,371.28 | 100.000000% |
| Total Unsecured Claims : | $59,073.78 | $59,073.78 | $0.00 | $25,340.86 | 42.896967% |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-85354
Case Name: MASELLI, RAYMOND
Trustee Name: MEGAN G. HEEG

**Balance on hand:**            $    33,712.14

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $    0.00
Remaining balance:                         $    33,712.14

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 4,417.71 | 0.00 | 4,417.71 |
| Trustee, Expenses - MEGAN G. HEEG | 8.90 | 0.00 | 8.90 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 3,149.50 | 0.00 | 3,149.50 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 795.17 | 0.00 | 795.17 |
| Accountant for Trustee, Fees - Harry Sickler Associates | 1,600.00 | 1,600.00 | 0.00 |

Total to be paid for chapter 7 administration expenses:    $    8,371.28
Remaining balance:                                         $    25,340.86

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $    0.00
Remaining balance:                                             $    25,340.86

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $   0.00
Remaining balance:   $   25,340.86

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 59,073.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 42.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Mountain Colors Yarn | 708.00 | 0.00 | 303.72 |
| 2 | Mountain Colors Yarn | 0.00 | 0.00 | 0.00 |
| 3 | Edgebrook Limited Partnership | 32,513.40 | 0.00 | 13,947.26 |
| 4 | American Express Centurion Bank | 17,277.01 | 0.00 | 7,411.31 |
| 5 | American Express Centurion Bank | 8,575.37 | 0.00 | 3,678.57 |

Total to be paid for timely general unsecured claims:   $   25,340.86
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

UST Form 101-7-TFR (05/1/2011)