UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | |
|---|---|
| In re: MASELLI, RAYMOND<br>MASELLI, REBECCA<br><br>Debtor(s) | § Case No. 11-85354<br>§<br>§<br>§ |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
MEGAN G. HEEG_____, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 03/11/2013 in Courtroom 3100, United States Courthouse, 327 S. Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  02/06/2013          By:  /s/MEGAN G. HEEG
                                 Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

| | | |
|---|---|---|
| In re: MASELLI, RAYMOND | § | Case No. 11-85354 |
| MASELLI, REBECCA | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 39,455.00 |
| *and approved disbursements of* | $ 5,742.86 |
| *leaving a balance on hand of* [1] | $ 33,712.14 |
| **Balance on hand:** | $ 33,712.14 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 33,712.14 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 4,417.71 | 0.00 | 4,417.71 |
| Trustee, Expenses - MEGAN G. HEEG | 8.90 | 0.00 | 8.90 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 3,149.50 | 0.00 | 3,149.50 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 795.17 | 0.00 | 795.17 |
| Accountant for Trustee, Fees - Harry Sickler Associates | 1,600.00 | 1,600.00 | 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 8,371.28 |
| Remaining balance: | $ 25,340.86 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

                  Total to be paid for prior chapter administrative expenses:  $  0.00
                  Remaining balance:  $  25,340.86

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

                  Total to be paid for priority claims:  $  0.00
                  Remaining balance:  $  25,340.86

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 59,073.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 42.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Mountain Colors Yarn | 708.00 | 0.00 | 303.72 |
| 2 | Mountain Colors Yarn | 0.00 | 0.00 | 0.00 |
| 3 | Edgebrook Limited Partnership | 32,513.40 | 0.00 | 13,947.26 |
| 4 | American Express Centurion Bank | 17,277.01 | 0.00 | 7,411.31 |
| 5 | American Express Centurion Bank | 8,575.37 | 0.00 | 3,678.57 |

                  Total to be paid for timely general unsecured claims:  $  25,340.86
                  Remaining balance:  $  0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949
heeg@egblc.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 11-85354-TML
Raymond Maselli                                                       Chapter 7
Rebecca Maselli
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez              Page 1 of 3              Date Rcvd: Feb 20, 2013
                              Form ID: pdf006            Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2013.
db/jdb       #+Raymond Maselli,    Rebecca Maselli,    9014 Sherringham Dr,    Roscoe, IL 61073-8061
18257111      +717 Credit Union,    3180 Larchmont Avenue N.E.,    Warren, OH 44483
18257112      +American Express,    PO Box 297814,    Fort Lauderdale, FL 33329-7814
18257113      +American Express,    P.O. Box 981535,    El Paso, TX 79998-1535
18595961       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18257114       Amy Steinmetz,    701 E. Independence Drive ##1,    Richmond, IL 60071
18257115      +Attorney James Allen,    100 Park Ave,    Rockford, IL 61101-1099
18257116      +Berroco, Inc.,    1 Tupperware Drive, Ste 4,    North Smithfield, RI 02896-6815
18257117      +Bryson Distributing,    Accts Rec: P.O. Box 2749,    Eugene, OR 97402-0376
18257118      +Cascade Yarns, Inc.,    P.O. Box 58168,    Seattle, WA 98138-1168
18257120       Chase,    PO Box 15298,    Wilmington, DE 19850-5298
18257119       Chase,    PO Box 15153,    Wilmington, DE 19886-5153
18586006      +Edgebrook Limited Partnership,    c/o Matthew M. Hevrin,    Hinshaw & Culbertson LLP,
                100 Park Avenue,    Rockford, IL 61101-1099
18257122      +Edgebrook Limited Partnership,    1639 N Alpine Road 4th Floor,    Rockford, IL 61107-1440
18257123      +GM Financial Leasing,    P.O. Box 100,    Buffalo, NY 14231-0100
18257126      +KFI,    PO Box 336,    Amityville, NY 11701-0336
18257127      +Knit One, Crochet Too,    91 Tandberg Trait, Unit 6,    Windham, ME 04062-5287
18257128      +Mountain Colors Yarn,    P.O. Box 156,    1200 Eastside Hwy,    Corvallis, MT 59828-9300
18257129      +Nationwide Credit, Inc.,    2002 Summit Blvd, Ste 600,    Atlanta, GA 30319-1559
18257130      +One Communications,    100 Chestnut Street - Ste. 800,    Rochester, NY 14604-2415
18292382      +PNC BANK, N.A.,    Andrew J. Nelson,    PIERCE & ASSOCIATES, P.C.,    1 North Dearborn, Suite 1300,
                Chicago, Illinois 60602-4373
18257135      +PNC Bank,    P.O. Box 747032,    Pittsburgh, PA 15274-7032
18257136      +PNC Bank,    P.O. Box 856177,    Louisville, KY 40285-6177
18257134      +PNC Bank,    P.O. Box 5570,    Cleveland, OH 44101-0570
18257133      +PNC Bank,    P.O. Box 1820,    Dayton, OH 45401-1820
18257131      +Pierce & Associates,    1 North Dearborn - Ste. 1300,    Chicago, IL 60602-4373
18257132      +Plymouth Yarn Co.,    500 Lafayette Street,    Bristol, PA 19007-3997
18257137      +Rockford Heating & Air Conditioning,    1618 Magnolia Street,    Rockford, IL 61104-5143
18257138      +Skacel Collection, Inc.,    P.O. Box 88110,    Seattle, WA 98138-2110
18257140      +Studio 4 Art, Health & Wellness,    9014 Sheringham Drive,    Roscoe, IL 61073-8061
18257141      +Tahki Stacy Charles, Inc,    70-30 80th Street,    Building 36,    Ridgewood, NY 11385-7735
18257144      +Unique Yarns, Inc,    1633 N Alpine Road,    Rockford, IL 61107-1414
18257145       Westminster Fibers, Inc,    Box 83265,    Woburn, MA 01813-3265
18257146       Winnebago County Treasurer,    P O Box 1216,    Rockford, IL 61105-1216
18257147      +World Pay,    Site 260,    600 Morgan Fall Road,    Atlanta, GA 30350-5888
18257149      +Zwicker & Associates, PC,    80 Minuteman Road,    Andover, MA 01810-1008
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18257124      +E-mail/Text: bankruptcy@hraccounts.com Feb 21 2013 04:06:36     H & R Accounts, Inc.,
                7017 John Deere Pkwy,    Moline, IL 61265-8072
18257125      +E-mail/Text: bk.notifications@jpmchase.com Feb 21 2013 04:07:23      JP Morgan Chase Bank,
                Portfolio Management Center,    201 North Central Ave, Floor 17,    Phoenix, AZ 85004-1000
18257142      +E-mail/Text: bankruptcydepartment@ncogroup.com Feb 21 2013 05:04:08      Transworld Systems, Inc,
                507 Prudential Rd,    Horsham, PA 19044-2308
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18631886*      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18257143*     +Transworld Systems, Inc.,    507 Prudential Rd,    Horsham, PA 19044-2308
18257121     ##+Coface Collections North America,    P.O. Box 8510,    Metairie, LA 70011-8510
18257139     ##STA International,    333 Earle Ovington Blvd, Suite1025,    PO Box 707,    Uniondale, NY 11553-0707
18257148     ##+Zwicker & Assocaites P.C.,    7366 N. Lincoln Ave, Ste 404,    Lincolnwood, IL 60712-1741
                                                                                               TOTALS: 0, * 2, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: cshabez              Page 2 of 3              Date Rcvd: Feb 20, 2013
                              Form ID: pdf006            Total Noticed: 39

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 22, 2013**                    **Signature:**   /s/ Joseph Speetjens

```
District/off: 0752-3          User: cshabez              Page 3 of 3                  Date Rcvd: Feb 20, 2013
                              Form ID: pdf006            Total Noticed: 39
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2013 at the address(es) listed below:

              Andrew J Nelson    on behalf of Creditor    PNC Bank, N.A. anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Dana N O'Brien    on behalf of Creditor    PNC Bank, N.A. dobrien@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Matthew M. Hevrin    on behalf of Creditor    Edgebrook Limited Partnership mhevrin@hinshawlaw.com,
               jfornal@hinshawlaw.com
              Megan G Heeg    on behalf of Accountant Randy    Tarpey heeg@egblc.com,  IL55@ecfcbis.com
              Megan G Heeg    heeg@egblc.com,  IL55@ecfcbis.com
              Megan G Heeg    on behalf of Trustee Megan G Heeg heeg@egblc.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Scott E Hillison    on behalf of Debtor Raymond    Maselli mmagnuson@bjnatalelaw.com
              Scott E Hillison    on behalf of Joint Debtor Rebecca    Maselli mmagnuson@bjnatalelaw.com
                                                                                             TOTAL: 9