# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# ROCKFORD DIVISION

In re: MASELLI, RAYMOND　　　　　　　　　　§　Case No. 11-85354
　　　　MASELLI, REBECCA　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　　　§

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

　　　MEGAN G. HEEG, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $284,084.86　　　　　　　　Assets Exempt:  $24,260.79
*(without deducting any secured claims)*

Total Distribution to Claimants: $25,340.86　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　　Without Payment: $191,445.25

Total Expenses of Administration: $11,336.21

---

　　　3) Total gross receipts of $　39,455.00　(see **Exhibit 1**), minus funds paid to the debtor
and third parties of $　2,777.93　(see **Exhibit 2**), yielded net receipts of $36,677.07
from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $524,500.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 11,336.21 | 11,336.21 | 11,336.21 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 211,692.97 | 59,781.78 | 59,073.78 | 25,340.86 |
| **TOTAL DISBURSEMENTS** | $736,192.97 | $71,117.99 | $70,409.99 | $36,677.07 |

4) This case was originally filed under Chapter 7 on December 15, 2011. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/03/2013          By: /s/MEGAN G. HEEG
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Collection of Swarovski Crystal | 1129-000 | 2,800.00 |
| Ring and Bracelet, and Watch | 1129-000 | 4,800.00 |
| 2007 Lexus ES 350 | 1129-000 | 12,700.00 |
| Misc (unscheduled) | 1229-000 | 19,155.00 |
| **TOTAL GROSS RECEIPTS** | | **$39,455.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MASELLI, RAYMOND | exempt portion in 2007 Lexus ES 350 | 8100-002 | 2,277.93 |
| Raymond Maselli | Debtors exempt potion of crystal | 8100-002 | 0.00 |
| Raymond and Rebecca Maselli | debtors exempt portion of crystal | 8100-002 | 500.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,777.93** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | PNC Bank | 4110-000 | 154,000.00 | N/A | N/A | 0.00 |
| NOTFILED | PNC Bank | 4110-000 | 345,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Winnebago County Treasurer | 4110-000 | 25,500.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$524,500.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 4,417.71 | 4,417.71 | 4,417.71 |
| MEGAN G. HEEG | 2200-000 | N/A | 8.90 | 8.90 | 8.90 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 3,149.50 | 3,149.50 | 3,149.50 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 795.17 | 795.17 | 795.17 |
| Harry Sickler Associates | 3410-000 | N/A | 1,600.00 | 1,600.00 | 1,600.00 |
| Action Auctioneering | 3620-000 | N/A | 962.00 | 962.00 | 962.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 54.94 | 54.94 | 54.94 |
| The Bank of New York Mellon | 2600-000 | N/A | 62.31 | 62.31 | 62.31 |
| The Bank of New York Mellon | 2600-000 | N/A | 62.43 | 62.43 | 62.43 |
| Rabobank, N.A. | 2600-000 | N/A | 48.25 | 48.25 | 48.25 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$11,336.21** | **$11,336.21** | **$11,336.21** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Mountain Colors Yarn | 7100-000 | 708.00 | 708.00 | 708.00 | 303.72 |
| 2 | Mountain Colors Yarn | 7100-000 | N/A | 708.00 | 0.00 | 0.00 |
| 3 | Edgebrook Limited Partnership | 7100-000 | 25,475.08 | 32,513.40 | 32,513.40 | 13,947.26 |
| 4 | American Express Centurion Bank | 7100-000 | 17,277.01 | 17,277.01 | 17,277.01 | 7,411.31 |
| 5 | American Express Centurion Bank | 7100-000 | 10,520.55 | 8,575.37 | 8,575.37 | 3,678.57 |
| NOTFILED | Plymouth Yarn Co. | 7100-000 | 2,981.45 | N/A | N/A | 0.00 |
| NOTFILED | PNC Bank | 7100-000 | 449.37 | N/A | N/A | 0.00 |
| NOTFILED | KFI | 7100-000 | 2,750.03 | N/A | N/A | 0.00 |
| NOTFILED | Knit One, Crochet Too | 7100-000 | 21.14 | N/A | N/A | 0.00 |
| NOTFILED | PNC Bank | 7100-000 | 2,543.36 | N/A | N/A | 0.00 |
| NOTFILED | JP Morgan Chase Bank Portfolio Management Center | 7100-000 | 34,841.80 | N/A | N/A | 0.00 |
| NOTFILED | Skacel Collection, Inc. | 7100-000 | 1,718.93 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Heating & Air Conditioning | 7100-000 | 416.09 | N/A | N/A | 0.00 |
| NOTFILED | JP Morgan Chase Bank Portfolio Management Center | 7100-000 | 2,910.90 | N/A | N/A | 0.00 |
| NOTFILED | World Pay | 7100-000 | 232.00 | N/A | N/A | 0.00 |
| NOTFILED | Transworld Systems, Inc. | 7100-000 | 248.40 | N/A | N/A | 0.00 |
| NOTFILED | Transworld Systems, Inc. | 7100-000 | 83.29 | N/A | N/A | 0.00 |
| NOTFILED | Westminster Fibers, Inc | 7100-000 | 6,269.19 | N/A | N/A | 0.00 |
| NOTFILED | Tahki Stacy Charles, Inc | 7100-000 | 4,383.95 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 1,233.62 | N/A | N/A | 0.00 |
| NOTFILED | JP Morgan Chase Bank Portfolio Management Center | 7100-000 | 13,007.67 | N/A | N/A | 0.00 |
| NOTFILED | 717 Credit Union | 7100-000 | 20,050.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | 717 Credit Union | 7100-000 | 3,410.32 | N/A | N/A | 0.00 |
| NOTFILED | Amy Steinmetz | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Bryson Distributing | 7100-000 | 4,070.71 | N/A | N/A | 0.00 |
| NOTFILED | Berroco, Inc. | 7100-000 | 3,701.16 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 35,000.00 | N/A | N/A | 0.00 |
| NOTFILED | GM Financial Leasing | 7100-000 | 561.44 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 14,914.71 | N/A | N/A | 0.00 |
| NOTFILED | Cascade Yarns, Inc. | 7100-000 | 667.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 979.34 | N/A | N/A | 0.00 |
| NOTFILED | H & R Accounts, Inc. | 7100-000 | 116.46 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$211,692.97** | **$59,781.78** | **$59,073.78** | **$25,340.86** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-85354  
**Case Name:** MASELLI, RAYMOND  
MASELLI, REBECCA  
**Period Ending:** 07/03/13

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 12/15/11 (f)  
**§341(a) Meeting Date:** 01/20/12  
**Claims Bar Date:** 04/24/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 9014 Sherringham Drive Roscoe, IL<br>Orig. Asset Memo: Orig. Description: 9014 Sherringham Drive Roscoe, IL | 275,000.00 | 0.00 | | 0.00 | FA |
| 2 | Chase bank - checking<br>Chase bank - checking (bal of 120.94 on date filed) | 20.00 | 0.00 | | 0.00 | FA |
| 3 | Normal complement of household goods<br>Orig. Asset Memo: Orig. Description: Normal complement of household goods | 3,500.00 | 0.00 | | 0.00 | FA |
| 4 | Collection of Swarovski Crystal<br>Collection of Swarovski Crystal (debtor claims a $500. exemption) | 8,000.00 | 2,300.00 | | 2,800.00 | FA |
| 5 | Normal complment of wearing apparel<br>Orig. Asset Memo: Orig. Description: Normal complment of wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Ring and Bracelet, and Watch<br>Orig. Asset Memo: Orig. Description: Ring and Bracelet, and Watch | 5,000.00 | 4,800.00 | | 4,800.00 | FA |
| 7 | Mutual of New York - term insurance (spouse is b<br>Mutual of New York - term insurance (spouse is beneficiary) | 1.00 | 0.00 | | 0.00 | FA |
| 8 | Mutual of New York - Variable Life, subject to l<br>Mutual of New York - Variable Life, subject to loans (spouse is beneficiary) | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | Fidelity - IRA<br>Orig. Asset Memo: Orig. Description: Fidelity - IRA | 42.86 | 0.00 | | 0.00 | FA |
| 10 | Prudential - IRA<br>Orig. Asset Memo: Orig. Description: Prudential - IRA | 20.00 | 0.00 | | 0.00 | FA |
| 11 | $50,000 shareholder loans from Unique Yarns. Bus<br>Orig. Asset Memo: Orig. Description: $50,000 shareholder loans from Unique Yarns. Business is no longer operating and loan is uncollectable. | 0.00 | 0.00 | | 0.00 | FA |
| 12 | 2004 Saturn Vue (116,000 miles)<br>Orig. Asset Memo: Orig. Description: 2004 Saturn | 4,000.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-85354  
**Case Name:** MASELLI, RAYMOND  
             MASELLI, REBECCA  
**Period Ending:** 07/03/13

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 12/15/11 (f)  
**§341(a) Meeting Date:** 01/20/12  
**Claims Bar Date:** 04/24/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
|     Vue (116,000 miles) | | | | | |
| 13   2007 Lexus ES 350<br>    2007 Lexus ES 350 (debtor claims a 2,277.93 exemption) | 13,000.00 | 10,422.07 | | 12,700.00 | FA |
| 14   Time share in Aruba<br>    Orig. Asset Memo: Orig. Description: Time share in Aruba | 1.00 | 0.00 | | 0.00 | FA |
| 15   BANK ACCOUNTS (u)<br>    Chase checking - balance of 1.13 on date fled. | 0.00 | 0.00 | | 0.00 | FA |
| 16   Misc (unscheduled) (u)<br>    Amended tax returns were filed for 2008 and 2009 to recover net loss carrybacks | Unknown | 19,155.00 | | 19,155.00 | FA |
| **16 Assets Totals** (Excluding unknown values) | **$310,084.86** | **$36,677.07** | | **$39,455.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 30, 2012     **Current Projected Date Of Final Report (TFR):**    February 6, 2013 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-85354  
**Case Name:** MASELLI, RAYMOND  
MASELLI, REBECCA  
**Taxpayer ID #:** **-***1233  
**Period Ending:** 07/03/13

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******78-65 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/26/12 | {13} | Action Auctioneering | sale of 2007 Lexus per court order | 1129-000 | 12,700.00 | | 12,700.00 |
| 03/29/12 | 1001 | Action Auctioneering | Net proceeds for sale of Lexus | 3620-000 | | 962.00 | 11,738.00 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,713.00 |
| 04/16/12 | 1002 | MASELLI, RAYMOND | exempt portion in 2007 Lexus ES 350 | 8100-002 | | 2,277.93 | 9,435.07 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,410.07 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,385.07 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,360.07 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,335.07 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,310.07 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,285.07 |
| 10/04/12 | {16} | United States Treasury | tax refund | 1229-000 | 3,399.00 | | 12,684.07 |
| 10/04/12 | {16} | United States Treasury | tax refund | 1229-000 | 15,756.00 | | 28,440.07 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.94 | 28,385.13 |
| 11/13/12 | {6} | Clodius & Co | purchase of jewelry | 1129-000 | 4,800.00 | | 33,185.13 |
| 11/13/12 | 1003 | Randy Tarpey, CPA | accountant fees | 3410-000 | | 1,600.00 | 31,585.13 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 62.31 | 31,522.82 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 62.43 | 31,460.39 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033049088 20130117 | 9999-000 | | 31,460.39 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 36,655.00 | 36,655.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 31,460.39 | |
| | | | **Subtotal** | | 36,655.00 | 5,194.61 | |
| | | | Less: Payments to Debtors | | | 2,277.93 | |
| | | | **NET Receipts / Disbursements** | | **$36,655.00** | **$2,916.68** | |

{} Asset reference(s)   Printed: 07/03/2013 11:42 AM   V.13.13

# FORM 2

## Cash Receipts And Disbursements Record

| Case Number: | 11-85354 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | MASELLI, RAYMOND | | Bank Name: | Rabobank, N.A. |
| | MASELLI, REBECCA | | Account: | ****121965 - Checking Account |
| Taxpayer ID #: | **-***1233 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 07/03/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 31,460.39 | | 31,460.39 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.25 | 31,412.14 |
| 02/05/13 | {4} | Clodius & Co. | | 1129-000 | 2,800.00 | | 34,212.14 |
| 02/05/13 | 11004 | Raymond Maselli | Debtors exempt potion of crystal Voided on 02/05/13 | 8100-002 | | 500.00 | 33,712.14 |
| 02/05/13 | 11004 | Raymond Maselli | Debtors exempt potion of crystal Voided: check issued on 02/05/13 | 8100-002 | | -500.00 | 34,212.14 |
| 02/05/13 | 11005 | Raymond and Rebecca Maselli | debtors exempt portion of crystal | 8100-002 | | 500.00 | 33,712.14 |
| 05/07/13 | 11006 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $3,149.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,149.50 | 30,562.64 |
| 05/07/13 | 11007 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $795.17, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 795.17 | 29,767.47 |
| 05/07/13 | 11008 | Mountain Colors Yarn | Dividend paid 42.89% on $708.00; Claim# 1; Filed: $708.00; Reference: | 7100-000 | | 303.72 | 29,463.75 |
| 05/07/13 | 11009 | Edgebrook Limited Partnership | Dividend paid 42.89% on $32,513.40; Claim# 3; Filed: $32,513.40; Reference: XX-0010 | 7100-000 | | 13,947.26 | 15,516.49 |
| 05/07/13 | 11010 | American Express Centurion Bank | Dividend paid 42.89% on $17,277.01; Claim# 4; Filed: $17,277.01; Reference: XXXXXXXXXXX7004 | 7100-000 | | 7,411.31 | 8,105.18 |
| 05/07/13 | 11011 | American Express Centurion Bank | Dividend paid 42.89% on $8,575.37; Claim# 5; Filed: $8,575.37; Reference: XXXX-XXXXXX-X1001 | 7100-000 | | 3,678.57 | 4,426.61 |
| 05/07/13 | 11012 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 4,426.61 | 0.00 |
| | | | Dividend paid 100.00%   4,417.71 on $4,417.71; Claim# ; Filed: $4,417.71 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%   8.90 on $8.90; Claim# ; Filed: $8.90 | 2200-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 34,260.39 | 34,260.39 | $0.00 |
| Less: Bank Transfers | 31,460.39 | 0.00 | |
| Subtotal | 2,800.00 | 34,260.39 | |
| Less: Payments to Debtors | | 500.00 | |
| NET Receipts / Disbursements | $2,800.00 | $33,760.39 | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 11-85354 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | MASELLI, RAYMOND | | Bank Name: | Rabobank, N.A. |
| | MASELLI, REBECCA | | Account: | ****121965 - Checking Account |
| Taxpayer ID #: | **-***1233 | | Blanket Bond: | $1,500,000.00   (per case limit) |
| Period Ending: | 07/03/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******78-65** | 36,655.00 | 2,916.68 | 0.00 |
| **Checking # ****121965** | 2,800.00 | 33,760.39 | 0.00 |
| | $39,455.00 | $36,677.07 | $0.00 |